ACCEPTED
01-14-00992-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 4:37:47 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00992-CV

In the First District Court of
Appeals at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 4:37:47 PM
CHRISTOPHER A. PRINE
Clerk

**Jordan and Associates,**
Appellant

**V.**

**Lisa Wells,**
Appellee

Appeal from the 506th Judicial District Court
Grimes County, Texas, Hon. Albert McCaig, Presiding

## APPELLANT'S MOTION FOR EXTENSION OF TIME

Appellant moves for a 20-day extension of time to file its Reply Brief so that its Brief is timely filed if filed on or before May 18, 2015.

1. The deadline to file Appellant's Reply Brief is April 28, 2015. Appellant has not sought a previous extension of this deadline.

2. Appellant requests a 20-day extension so that its Reply Brief is timely filed if filed on or before May 18, 2015.

3. Appellant's counsel conferred/attempted to confer with Appellee's counsel. Counsel for Appellant left a detailed voicemail regarding the

1

proposed 20-day extension of time to file Appellant's Reply Brief. As of the filing of this motion, Appellant has not received a response from counsel for Appellee. As such, it is not known whether Appellee is opposed or unopposed to the requested extension.

4.   Facts Relied on to Reasonably Explain the Need for an Extension

Counsel for Appellant has begun the preparation of the Reply Brief in earnest. However, Appellant's counsel has been responsible for:

➢   Preparing the brief of Chasco, Inc. a/k/a Chasco Interiors, Inc. which has two other appellees, a lengthy and voluminous appellate record, and a multitude of issues in case number 05-14-00531-CV, styled *Juan Carlos Flores v. Chasco, Inc. a/k/a Chasco Interiors, Inc., et. al.*, and pending in the Dallas Court of Appeals;

➢   Preparing a motion and brief in the United States District Court for the Northern District of Texas – Dallas Division for failure to state a cause of action under Federal Rule of Civil Procedure 12(b)(6) and 9(b), and a summary judgment motion and brief under Federal Rule of Civil Procedure 56 Rule in case number 3:13-CV-03426-P, styled *Onyx Wealth Advisors, Inc. f/k/a Cambridge Legacy Advisors, Inc., et. al. v. Indian Harbor Ins. Group, et. al.*;

➢   Drafting, filing, and attending the hearing on a motion for summary judgment filed in cause number CC-14-00640-B, styled *Staff Force, Inc. v. Tekni-Plex, Inc. d/b/a Dolco Packaging*, and

2

> pending in the County Court at Law Number 2 of Dallas County, Texas;

> ➤ Preparing a motion for protection and a stay as to discovery in arbitration proceeding number 01-14-0001-4150, styled *Tang Energy group, Ltd. et. al., v. CATIC USA, Inc. et. al.,* and pending before the American Arbitration Association International Centre for Dispute Resolution in New York, New York – with the motion and brief filed under civil case number 3:14-CV-03314-K, styled *Ascendant Renewable Energy Corp. v. Tang Energy Group, Ltd., et. al.,* and pending in the United States District Court for the Northern District of Texas – Dallas Division;

> ➤ Preparing and finalizing a response to a motion for reconsideration in cause number CC-11-07735-E, styled *Alma Rosa Matias, et al. v. Exco Operating Company, L.P. et. al., v. Exco Resources, Inc., et. al., v. Basic Energy Services, L.P.,* and pending in the County Court at Law Number 5 for Dallas County; and

> ➤ Handling various personal and professional responsibilities, including those attendant to being the managing partner of Walters, Balido & Crain, L.L.P.; and

5.      These reasons constitute good cause to justify an extension of the briefing deadline.  A reasonable cause justifying an extension of time in this context has been described as "any plausible statement of circumstances indicating the failure to file within the [briefing] period was not deliberate

3

or intentional." *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003). The unfortunate circumstances surrounding counsel's practice demonstrates that any failure to complete the Reply Brief on time was not deliberate or intentional.

6.     This Motion is not sought solely for delay but so that justice may be served.

Wherefore, Appellant prays that the Court grant its requested 20-day extension to file its Reply Brief so that the Court deems the Reply Brief timely filed if filed on or before May 18, 2015, and for such other relief to which it may be entitled.

Respectfully submitted,


_____/s/Gregory R. Ave_____
**GREGORY R. AVE**
State Bar No. 01448900
greg.ave@wbclawfirm.com
**Walters, Balido & Crain, L.L.P.**
Meadow Park Tower, Suite 1500
10440 N. Central Expressway
Dallas, Texas 75231

(214) 347-8310 – Telephone
(214) 347-8311 – Facsimile

**COUNSEL FOR APPELLANT JORDAN AND ASSOCIATES**

4

## Certificate of Service

On April 28, 2015, I served Appellant's Motion for Extension of Time on all counsel of record via e-service through the e-filing system.


_/s/Gregory R. Ave_____
**GREGORY R. AVE**